# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID YOCUM, IV,** *et al.*                                                               **PLAINTIFF**

**v.**                              **5:09CV00123-WRW**

**ST. PAUL MERCURY INSURANCE COMPANY**                          **DEFENDANT**

## ORDER

Pending is Plaintiffs' Tom Pugh, Frank Pugh, and Farm Bureau's Motion to Adopt (Doc. No. 48). Plaintiffs ask the Court they be allowed to adopt filings at Doc. Nos. 27, 28, 40, 42, 43, and 44.

Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED this 16th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE