# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID YOCUM, IV,** *et al.*                                                                                   **PLAINTIFF**

**v.**                                              **5:09CV00123-WRW**

**ST. PAUL MERCURY INSURANCE COMPANY**                                              **DEFENDANT**

## ORDER

Pending is Plaintiff David Yocum's Motion for Order to Supplement the Partial Summary Judgment Record (Doc. No. 42). Also pending is Plaintiffs' Tom Pugh, Frank Pugh, and Farm Bureau's Supplemental Motion for Partial Summary Judgment (Doc. No. 45). Defendant has not responded, and the time for doing so has passed.

Both Motions ask that the parties be allowed to supplement the summary judgment record with the additional documents attached to their Motions. Plaintiffs' Motions are GRANTED.

IT IS SO ORDERED this 2nd day of March, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE