# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID YOCUM, IV,** *et al.*                                                                              **PLAINTIFFS**

**v.**                                    **5:09-CV-00123-WRW**

**ST. PAUL MERCURY INSURANCE COMPANY**                                         **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 27th day of May, 2010.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE